# EXHIBIT A

Batch #52016289S Seq #3 Tracking # DFE-110824791

2448191

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF** NEW YORK

-----------------------------------------------------------------x

AIDA ROMAN

Plaintiff/Petitioner,

- against -

Index No.157513/2024

MICHAEL JORGE, FREEMAN EXPOSITIONS, LLC and RYDER TRUCK Rental, INC.,

Defendant/Respondent.

-----------------------------------------------------------------x

**NOTICE OF ELECTRONIC FILING**
**(Consensual Case)**
(Uniform Rule § 208.4-a)

**You have received this Notice because:**

- The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts e-filing system, and
- You are a Defendant/Respondent (a party) in this case.

**If you are represented by an attorney**: give this Notice to your attorney (Attorneys: see "Information for Attorneys" pg. 2).

**If you are not represented by an attorney: you are not required to e-file. You may serve and file documents in paper form and you must be served with documents in paper form. However, as a party without an attorney, you may participate in e-filing.**

**Benefits of E-Filing**

You can:

- serve and file your documents electronically
- view your case file on-line
- limit your number of trips to the courthouse
- pay any court fees on-line.

There are no additional fees to file, view, or print your case records.

To sign up for e-filing or for more information about how e-filing works, you may:

- visit: www.nycourts.gov/efile-unrepresented or
- go to the Help Center or Clerk's Office at the court where the case was filed. To find legal information to help you represent yourself visit www.nycourthelp.gov

Batch #52016289S Seq #3 Tracking # DFE-110824791?

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile.

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: August 16, 2024

Raymond A. Raskin
Name

Aviles Law Firm, PLLC
Firm Name

145 Hudson Street, Suite 5C
Address

New York, NY 10013

(212) 898-8888
Phone

djames@mjavileslaw.com
E-Mail

To: ______________________

______________________

______________________

7/19/19

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------X

AIDA ROMAN,

Plaintiff,

-against-

MICHAEL JORGE, FREEMAN EXPOSITION, LLC., and RYDER TRUCK RENTAL INC.,

Defendants.

---------------------------------------------------------------------X

Index No.:

Date Purchased:

**SUMMONS**

Plaintiff designates New York County as the place of trial.

The basis of the venue is Place of occurrence.

**To the above named Defendant(s):**

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within thirty (30) days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
August 14, 2024

THIS IS AN E-FILE CASE

Enter your appearance at
https://iapps.courts.state.ny.us.nyscef

AVILES LAW FIRM, PLLC

*Raymond A. Raskin*

Raymond A. Raskin, Esq.-Of Counsel
*Attorneys for Plaintiff*
AIDA ROMAN
145 Hudson Street, Suite 5C
New York, NY 10013
(212) 898-8888

**Defendants' Addresses:**

MICHAEL JORGE
1088 GRUBER AVE
UNION, NJ 07083

FREEMAN EXPOSITION LLC.
140 CENTRAL AVE., STE 130
KEARNEY, NJ 07032

**NOTICE NOTICE NOTICE**
PLEASE BE ADVISED THAT PURSUANT TO THE VEHICLE AND TRAFFIC LAW OF THE STATE OF NEW YORK SECTIONS 253/254, A COPY OF THE ENCLOSED SUMMONS WITH NOTICE/SUMMONS AND COMPLAINT PREVIOUSLY SERVED ON THE SECRETARY OF STATE OF NEW YORK AND A $10 FEE WAS TENDERED

Batch #52016289 Seq #3 Tracking # DFE-110824791T

RYDER TRUCK RENTAL INC.
6000 WINDWARD PKWY
ALPHARETTA, GA 30005

**YOU SHOULD IMMEDIATELY BRING THESE DOCUMENTS TO YOUR ATTORNEY OR INSURANCE COMPANY**

Batch #52016895 Seq #3 Tracking # DFE-110824791

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------X
AIDA ROMAN,
Plaintiff,

Index No.:

-against-

**VERIFIED COMPLAINT**

MICHAEL JORGE, FREEMAN EXPOSITION, LLC., and RYDER TRUCK RENTAL INC.,
Defendants.
--------------------------------------------------------------------X

Plaintiffs, by her attorneys, AVILES LAW FIRM, PLLC complaining of Defendants respectfully allege, upon information and belief that:

1. At all times herein mentioned, Plaintiff, AIDA ROMAN, was and still is a resident of the County of New York, State of New York.

2. At all times herein mentioned, Defendant, MICHAEL JORGE, was and still is a resident of the County of Union, State of New Jersey.

3. That on June 29, 2024, and at all times herein mentioned, and upon information and belief Defendant, FREEMAN EXPOSITION, LLC., and/or RYDER TRUCK RENTAL INC, owned 2019 Freightliner motor vehicle bearing Indiana license plate number P758699.

4. That on June 29, 2024, and at all times herein mentioned, and upon information and belief, Defendant, MICHAEL JORGE leased a 2019 Freightliner, the aforementioned motor vehicle, bearing Indiana license plate number P758699.

5. That on June 29, 2024, and at all times herein mentioned, and upon information and belief, Defendant, MICHAEL JORGE controlled a 2019 Freightliner the aforementioned motor vehicle bearing Indiana license plate number P758699.

6. That on June 29, 2024, and at all times herein mentioned, and upon information and belief, Defendant, MICHAEL JORGE operated a 2019 Freightliner the aforementioned motor vehicle bearing Indiana license plate number P758699.

Batch #52016289 Seq #3 Tracking # DFE-110824791

7. That on June 29, 2024, and at all times herein mentioned, and upon information and belief, Defendant, MICHAEL JORGE maintained a 2019 Freightliner the aforementioned motor vehicle bearing Indiana license plate number P758699.

8. That on June 29, 2024, and at all times herein mentioned, Plaintiff AIDA ROMAN was operating a motor vehicle at or near West 178th Street in the County of New York in the City and State of New York.

9. That on June 29, 2024, and at all times herein mentioned, and upon information and belief, West 178 Street, in the County of New York in the City and State of New York was and still is a public road.

10. That on June 29, 2024, and upon information and belief, Defendant MICHAEL JORGE, operated the aforementioned 2019 Freightliner motor vehicle bearing license plate P758699 at or near West 178 Street northbound Broadway in the County of New York in the City and State of New York and did come into contact with the vehicle operated by Plaintiff, AIDA ROMAN,

11. That on June 29, 2024, and upon information and belief, Defendant MICHAEL JORGE had a duty to operate the aforementioned 2019 Freightliner motor vehicle bearing New York license plate number P758699 in a safe and reasonable manner so as not to come into contact with other vehicles.

12. That on June 29, 2024, and upon information and belief, Defendant MICHAEL JORGE breached her duty to operate the aforementioned 2019 Freightliner motor vehicle bearing New York license plate number P758699 in a safe and reasonable manner so as not to come into contact with other vehicles.

13. That on June 29, 2024, and upon information and belief, aforementioned 2019 Freightliner motor vehicle bearing New York license plate number P758699 operated by

Batch #52016289S Seq #3 Tracking # DFE-110824791?

MICHAEL JORGE came into violent contact and collision with the vehicle operated by AIDA ROMAN at or near West 178 Street County of New York in the City and State of New York.

14. That FREEMAN EXPOSITIONS, LLC was a limited liability corporation organized under the laws of the State of New Jersey.

15. That at all times hereinafter mentioned, the freightliner truck was operated in the course of business or on behalf of FREEMEN EXPOSITIONS, LLC.

16. That RYDER TRUCK RENTAL, INC., was a domestic corporation organized under the laws of the State of Georgia.

17. That at all times hereinafter mentioned, the aforesaid vehicle was operated upon the roads of the State of New York

18. That as a result of the aforesaid occurrence, Plaintiff AIDA ROMAN, was caused to sustain serious personal injuries with other attendant damages.

19. That the above stated occurrence and the results thereof were in no way due to any negligence on the part of the Plaintiff contributing thereto, but was caused by the negligence of the Defendants in the ownership, operation, management, maintenance and control of their motor vehicle; in operating same without due regard to the rights and safety of the Plaintiff; in operating their said motor vehicles in a manner which unreasonably endangered the Plaintiff; in failing to properly steer, guide, manage and control the said vehicles; in operating same at a rate of speed greater than was reasonable and proper at the time and place of the occurrence; in failing to apply the brakes or slow down or stop in such a manner as would have prevented the occurrence; in failing to change lanes properly; in failing to have made adequate and timely observation of and response to conditions; in failing to observe signs and signals prevailing at the time and place of the occurrence; in failing to keep a proper look-out when controlling the said vehicle; in failing to properly maintain the said vehicle according to law; in failing to give

Batch #52016895 Seq #3 Tracking # DFE-1108247917

adequate and timely signal, notice or warning; in operating said motor vehicle in violation of the traffic rules, regulations, statutes and ordinances in such cases made and provided; that the operator of the Freightliner vehicle made an improper, illegal and unsafe right turn into Plaintiff's vehicle and in being otherwise careless, reckless and negligent in the ownership, maintenance, operation and control of said motor vehicle.

20. That as a result of the foregoing the Plaintiff, AIDA ROMAN, suffered serious injuries as defined by Section 5102(d) of the Insurance Law of the State of New York.

21. That by reason thereof, the Plaintiff, AIDA ROMAN, is entitled to recover for non-economic loss and for such economic losses as are not included within the definition of basic economic loss, as set forth in Section 5102(a) of the Insurance Law of the State of New York.

22. The limitations on liability set forth in CPLR § 1601 do not apply to this action by reason of one or more of the exemptions set forth in CPLR § 1601.

23. That because of the above-mentioned occurrence, Plaintiff AIDA ROMAN, was caused to sustain serious personal injuries and to have suffered shock, pain and mental anguish and, upon information and belief, all of Plaintiff's injuries and their effects will be permanent; and that as a result of said injuries, Plaintiff has been and will continue to be obliged in incur expenses for medical care and attention; and Plaintiff has been and will continue to be rendered unable to perform Plaintiff's normal activities and has sustained a resultant loss therefrom, and Plaintiff's injuries are permanent, protracted and disabling.

24. That by reason of the foregoing, Plaintiff AIDA ROMAN, has been damaged in an amount that exceeds the jurisdictional limits of all lower courts.

**WHEREFORE,** Plaintiffs demand judgment against the Defendants in an amount to be determined at trial and that exceeds the jurisdictional limits of all lower courts which would

Batch #52016895 Seq #3 Tracking # DFE-110824791Z

otherwise have had jurisdiction; together with interest, costs and disbursements in the action; and for any other further relief this Court deems just and proper.

Dated: New York, New York
August 15, 2024

Yours etc.

AVILES LAW FIRM, PLLC

Raymond A. Raskin

Raymond A. Raskin, Esq.-Of Counsel
*Attorneys for Plaintiff*
145 Hudson Street, Suite 5C
New York, NY 10013
(212) 898-8888

Batch #52016289I Seq #3 Tracking # DFE-110824791Z

# VERIFICATION

I, the undersigned, an attorney duly admitted to practice law in the Courts New York State, state under penalty of perjury that I am the attorney for Plaintiff in the within action; I have read the foregoing SUMMONS & VERIFIED COMPLAINT and know the contents thereof; the same is true to my own knowledge, except as to the matters I believe to be true. The reason this verification is made by me and not by my client(s), is that my client(s) is not presently in the County where I maintain my offices. The ground of my belief as to all matters not stated upon my own knowledge are the materials in my file and the investigation conducted by my office.

That I am Of Counsel with the law firm AVILES LAW FIRM, PLLC the attorneys for the Plaintiff(s) in this action.

That I have read the foregoing SUMMONS & COMPLAINT and know the contents thereof, and that the same is true to my knowledge except to those matters stated to be alleged upon information and belief, and as to those matters I believe them to be true. That the sources of my information are investigation and records in the file.

Dated: New York, New York
August 15, 2024

Raymond A. Raskin
Raymond A. Raskin