UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA ROMAN,

                    Plaintiff,

            -against-

MICHAEL JORGE, FREEMAN EXPOSITION, LLC.,
and RYDER TRUCK RENTAL INC.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/10/2026___

26 Civ. 1661 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On February 27, 2026, Defendants filed a notice of removal from the Supreme Court, New York County.  *See* ECF No. 1.

Accordingly, by **March 27, 2026**, Plaintiff shall appear in this action and advise the Court whether they intend to contest removal, and if so, on what basis.  Defendant shall serve this order on Plaintiff, and file proof of such service on the docket by **March 13, 2026**.

        SO ORDERED.

Dated: March 10, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge