# RASKIN MORELLI, LLP

**105 ANDERSON ROAD • ELLENVILLE, NEW YORK 12428**
**Telephone (718) 875-2060 • Facsimile (718) 625-4065 •Cell 917-509-6519**
**ray@rmlaw.nyc**

March 24, 2026

To: Hon. Analisa Torres
United States District Judge
Southern District Court

CC: **PORZIO, BROMBERG & NEWMAN, P.C.**
Joshua H. Abramson
1675 Broadway, Suite 1810
New York, New York 10019
Tel: 212-265-6888
*Attorneys for Defendants*

Re: 1: 26-cv-01661-AT
Roman v. Jorge

Dear Judge Torres,

We represent the Plaintiff in the above referenced matter. Please be advised that Plaintiff does not intend to contest removal.

Thank you in advance for your time and consideration.

Very truly yours,
RASKIN MORELLI, LLP

*Raymond A. Raskin*
Raymond A. Raskin, Esq.